William N. ODOM, Jr., Plaintiff—Appellant,

v.

John E. POTTER, Postmaster General, Defendant—Appellee.

No. 05–1183.

United States Court of Appeals, Fourth Circuit.

Submitted July 27, 2005.

Decided Aug. 12, 2005.

William N. Odom, Jr., Appellant Pro Se. Terri Hearn Bailey, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William N. Odom, Jr., appeals the magistrate judge's order * granting summary judgment in favor of Odom's employer on his retaliation claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Odom v. Potter,* No. CA–03–913–3 (D.S.C. filed Dec. 17, 2004 & entered Dec. 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).